IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01139-WYD-OES

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOY L. JACOBSON,
       a/k/a Laura Bearden

       Defendant,

  and

KAISER FOUNDATION,

       Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment [# 20] in this case is GRANTED.

Dated: June 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge